# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

WILFRED CHAMBERS                                                                          PLAINTIFF
#01389

V.                                        NO: 4:12CV00227 SWW

ANDY MELTON *et al.*                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15th day of May, 2012.


    /s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE